Submitted on petitioner's petition for review October 18, reversed and remanded January 29, 1980

DANIEL E. DeCOSTA,
*Petitioner,*
*v.*
STATE BOARD OF PAROLE,
*Respondent.*

(CA 15093, SC 26548)

605 P2d 1185

Daniel E. DeCosta, pro se for petition. With him on the petition was Gary William Holt, Prochein ami.

James A. Redden, Attorney General, Walter Barrie, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem, contra.

MEMORANDUM OPINION.

## MEMORANDUM OPINION

The Court of Appeals allowed respondent's motion to dismiss this case based upon the previous decision by that Court in *Harris v. Board of Parole,* 39 Or App 913, 593 P2d 1292 (1979), a similar case. Since then this Court has reversed the decision of that Court in *Harris* and remanded that case to it. 288 Or 495, 605 P2d 1181 (1980). Accordingly, we also reverse the decision by the Court of Appeals in this case and also remand it to that court.

Reversed and remanded.